

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00531-CV

Roger L. **LOTT**,
Appellant

v.

**FIRST BANK**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 372518
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that appellee First Bank recover its costs of this appeal from appellant Roger L. Lott.

SIGNED October 1, 2014.

Marialyn Barnard, Justice